Jason M. Leviton
**BLOCK & LEVITON LLP**
260 Franklin St., Suite 1860
Boston, MA 02110
Tel.: (617) 398-5600
Fax: (617) 507-6020
jason@blockesq.com

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BLAGOVEST Y. DACHEV, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FUNKO, INC., BRIAN MARIOTTI, RUSSELL NICKEL, and JENNIFER FALL JUNG,<br><br>Defendants. | No. 2:20-cv-00544-RAJ-BAT<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Plaintiff Blagovest Y. Dachev ("Dachev"), by and through his undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses his complaint against Funko, Inc., Brian Mariotti, Russell Nickel, and Jennifer Fall Jung, without prejudice.

This is a securities class action and another action is pending against Funko, Inc. and the other Defendants in the United States District Court for the Central District of California. *Ferreira v. Funko, Inc., et al.*, No. 20-cv-2319 (C.D. Cal.). On June 11, 2020, the Court in the C.D. Cal. action appointed a lead plaintiff and lead counsel. *See id*, at ECF No. 58. The litigation will therefore proceed in that jurisdiction.

Mr. Dachev has received no consideration of any kind for this dismissal, and Mr. Dachev retains all rights to proceed as a member of the class in the C.D. Cal. action.

Respectfully submitted,

Dated: June 24, 2020

**BLOCK & LEVITON LLP**
By:  *s/ Jason M. Leviton*
260 Franklin St., Suite 1860
Boston, MA 02110
Tel.: (617) 398-5600
Fax: (617) 507-6020

*Counsel for Mr. Dachev*

## CERTIFICATE OF SERVICE

I certify that, on the date stamped above, I caused this motion to be filed electronically, using the Court's CM/ECF system. Notice of this filing will be sent by e-mail to counsel of record for all parties.

*/s/ Jason M. Leviton*